```
Ramon I. Contreras #V-99014
Kern Valley State Prison
P.O. Box 5104
Delano, CA 93216
```



FILED
MAY - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON IVAN CONTRERAS,<br>　　　　　Petitioner,<br><br>V.<br><br>A. HEDGPETH, Warden,<br>　　　　　Respondent. | Civil No. 08-0572 DMS (POR)<br><br><br>NOTICE |

I want to inform the court, that I give my father, Ramon Contreras Sr., my full consent to send any documents, on my behalf, to this court and to the Respondent's attorney.

My father, sent my habeas corpus petition, a memorandum of points and authorities and its' supporting exhibits, which were filed by this court on April 4, 2008. It's my understanding, that any document sent to this court, an original and a copy are required. However, I sometimes can't get to the law library to make the necessary copies. Therefore, after I write a document and I can't make the necessary copies, i'll be sending it to my father, so he could make the copies and send it to this court on my behalf. Whenever, my father sends a document on my behalf, on the envelope he will write the address of the prison i'm incarcerated at as the return address. The court will know when my father is the one sending a document on my behalf because of the proof of service he will be attaching to the document.

DATE: April 20, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Ramon Contreras*
　　　　　　　　　　　　　　　　　　　　Ramon I. Contreras
　　　　　　　　　　　　　　　　　　　　In Pro se

## PROOF OF SERVICE

I, Ramon I. Contreras, declare: I am over 18 years of age and a party to this action. I am currently incarcerated at Kern Valley State Prison, in the state of California. My prison address is: P.O. Box 5104, Delano, CA. 93216.

On April 20, 2008, I served the attached: **NOTICE** on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage theron fully paid, and handing it to a correctional officer to place it in a mail deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

```
    U.S. District Court
Southern District of California
    Office of the Clerk
    880 Front Street, Ste. 4290
    San Diego, CA 92101-8900
```

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 4/20/08
(DATE)

Ramon Contreras
(DECLARANT'S SIGNATURE)