EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
DANIEL ROGERS
Deputy Attorney General
DAVID DELGADO-RUCCI, State Bar No. 149090
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2223
 Fax: (619) 645-2191
 Email: David.DelgadoRucci@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAMON IVAN CONTRERAS,** | 08-0572 DMS (POR) |
| Petitioner and Appellant, | **NOTICE OF MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **A. HEDGPETH, Warden,** | Oral Argument Not Required |
| Respondent and Appellee. | |

   TO MARK RAMON IVAN CONTRERAS, PETITIONER, Pro Se, please take notice that Respondent A. Hedgpeth, Warden, Kern Valley Sate Prison, Delano, California, by and through his counsel, Edmund G. Brown Jr., Attorney General for the State of California, and David Delgado-Rucci, Deputy Attorney General, will hereby move the Court for an order dismissing the petition based on failure to exhaust claims.

///

///

///

1     WHEREFORE, for the reasons set forth in the accompanying memorandum in support of
2 the dismissal, Respondent respectfully requests that this Court decide the motion without oral
3 argument, because it is unnecessary, and dismiss the Petition for Writ of Habeas Corpus with
4 prejudice.

5     Dated: May 14, 2008

6     Respectfully submitted,

7     EDMUND G. BROWN JR.
    Attorney General of the State of California

8     DANE R. GILLETTE
    Chief Assistant Attorney General

9
10     GARY W. SCHONS
    Senior Assistant Attorney General

11     DANIEL ROGERS
    Deputy Attorney General

12

13     s/David Delgado-Rucci

14
15     DAVID DELGADO-RUCCI
    Deputy Attorney General
    Attorneys for Respondent

16

17 DDR:cp
80238588.wpd
18 SD2008700277

19
20
21
22
23
24
25
26
27
28

Notice of motion to dismiss petition for writ of h.c.     Case No. 08-0572

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Contreras v. Hedgpeth**

No.:    **08-0572 DMS (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 14, 2008, I served the attached [**NOTICE OF MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Ramon Ivan Contreras
CDC# V-99014   C-6-129L
North Kern State Prison
P.O. Box 5104
Delano, CA  93216-0567
*Petitioner*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 14, 2008, at San Diego, California.

Cathey Pryor
Declarant

80238702.wpd