EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
PAMELA RATNER SOBECK
Supervising Deputy Attorney General
DAVID DELGADO-RUCCI, State Bar No. 149090
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2223
 Fax: (619) 645-2191
 Email: David.DelgadoRucci@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAMON IVAN CONTRERAS,**<br><br>        Petitioner and Appellant,<br><br>    v.<br><br>**A. HEDGPETH, Warden,**<br><br>        Respondent and Appellee. | 08-0572 DMS (POR)<br><br>**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE-TO BE SENT TO CLERK'S OFFICE** |

COMES NOW RESPONDENT, A. Hedgpeth, Warden, Kern Valley State Prison, Delano, California, by and through his counsel, Edmund G. Brown Jr., Attorney General for the State of California, and David Delgado-Rucci, Deputy Attorney General, and requests that the following documents be lodged with the Court:

   1. Clerk's Transcript, California Court of Appeal, Fourth Appellate District, Division One, case number D047266; three volumes;

   2. Petition for Writ of Habeas Corpus, San Diego County Superior Court, case number EHC501, filed August 12, 2005;

3. Denial of Petition for Writ of Habeas Corpus, San Diego County Superior Court, case number EHC501, filed August 30, 2005;

4. Petitioner's Opening brief filed in the California Court of Appeal, Fourth Appellate District, Division One, case number D047266;

5. Respondent's brief filed in the California Court of Appeal, Fourth Appellate District, Division One, case number D047266;

6. Petitioner's Reply brief filed in the California Court of Appeal, Fourth Appellate District, Division One, case number D047266;

7. Petition for Writ of Habeas Corpus, San Diego County Superior Court, case number EHC544, filed August 10, 2006;

8. Petition for Writ of Habeas Corpus in the California Court of Appeal, Fourth Appellate District, Division One, case number D049184;

9. Order considering petition with the direct appeal by the California Court of Appeal, Fourth Appellate District, Division One, case number D049184;

10. Order by the San Diego County Superior court denying the Petition for Writ of Habeas Corpus, case number EHC544, filed October 10, 2006;

11. Unpublished opinion by the California Court of Appeal, Fourth Appellate District, Division One, case number D047266 (direct appeal) affirming the judgment as modified;

12. Unpublished opinion by the California Court of Appeal, Fourth Appellate District, Division One, case number D049184 (habeas petition), denying the Petition for Writ of Habeas Corpus;

13. Petition for Review in the California Supreme Court, case number S149487;

14. Petition for Writ of Habeas Corpus in the California Supreme Court, case number S149264;

15. Denial of Petition for review by the California Supreme Court;

15. Denial of Petition for Writ of Habeas Corpus by the California Supreme Court;

17. Petition for Writ of Habeas Corpus, San Diego County Superior Court, case number EHC757, filed April 11, 2007;

18. Order denying Petition for Writ of Habeas Corpus by the San Diego County Superior Court, case number EHC757, filed May 25, 2007;

19. Petition for Writ of Habeas Corpus in the California Court of Appeal, Fourth Appellate District, Division One, case number D051066, filed June 14, 2007;

20. Order by the California Court of Appeal, Fourth Appellate District, Division One, case number D051066, denying the petition as a successive petition, filed August 23, 2007;

21. Petition for Writ of Habeas Corpus in the California Supreme Court, case number S15646, filed September 20, 2007;

22. Order by the California Supreme Court, case number S15646, denying the petition, filed on March 12, 2008;

23. Reporter's Transcript, California Court of Appeal, Fourth Appellate District, Division One, D047266; 19 volumes.

Dated: June 17, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

PAMELA RATNER SOBECK
Supervising Deputy Attorney General


s/David Delgado-Rucci


DAVID DELGADO-RUCCI
Deputy Attorney General
Attorneys for Respondent

DDR:cp
80250791.wpd
SD2008700277

Notice of lodgment                                                                                                   Case No. 08-0572

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Contreras v. Hedgpeth**

No.:   **08-0572 DMS (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 17, 2008, I served the attached [**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE-TO BE SENT TO CLERK'S OFFICE**] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Ramon Ivan Contreras
CDC# V-99014
North Kern State Prison
P.O. Box 5104
C-6-129L
Delano, CA 93216-0567

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 17, 2008, at San Diego, California.

           Cathey Pryor                                  *Cathey Pryor* (signature)
           Declarant                                          Signature

80250826.wpd