## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Contreras v. Hedgpeth**

No.:   **08-0572 DMS (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 17, 2008, I served the attached [**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE-TO BE SENT TO CLERK'S OFFICE**] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Ramon Ivan Contreras
V-99014
Kern Valley State Prison
PO Box 6000
Delano, CA 93216

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 17, 2008, at San Diego, California.

| | |
|---|---|
| _____ | _____ |
| Cathey Pryor | *Signature* |
| Declarant | |

80250826.wpd