EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
PAMELA RATNER SOBECK
Supervising Deputy Attorney General
DAVID DELGADO-RUCCI, State Bar No. 149090
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2223
 Fax: (619) 645-2191
 Email: David.DelgadoRucci@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAMON IVAN CONTRERAS,** | 08-0572 DMS (POR) |
| Petitioner and Appellant, | **OPPOSITION TO PETITIONER'S REQUEST TO GRANT RELIEF BASED ON CLAIM OF FAILING TO COMPLY WITH COURT'S DEADLINES** |
| v. | |
| **A. HEDGPETH, Warden,** | |
| Respondent and Appellee. | |

COMES NOW RESPONDENT, A. Hedgpeth, Warden, Kern Valley State Prison, Delano, California, by and through his counsel, Edmund G. Brown Jr., Attorney General for the State of California, and David Delgado-Rucci, Deputy Attorney General, and filed this opposition to Petitioner's request to grant relief because of an alleged failure on respondent's part to file either a motion to dismiss or an answer.

Petitioner asserts that as of June 13, 2008, he has not received respondent's answer or a request for an extension of time. He requests that based on this failure, he should be granted relief.

Respondent filed a memorandum of points and authorities in support of the motion to

1  dismiss on May 15, 2008.  A copy is attached with the court stamp on the face as exhibit 1.

2  Respondent personally checked Petitioner's address as set forth on the first page of Petitioner's

3  petition for writ of habeas corpus, attached as exhibit 2.  This address is the same one as the proof

4  of service for the motion to dismiss, attached as exhibit 3.  Respondent also attaches as exhibit 4,

5  a copy of the notice filed by Petitioner indicating his prison address.

6          Respondent has not had any mail returned by the prison system indicating that it was

7  unable to locate Petitioner.  Respondent, therefore, must assume that Petitioner received a copy of

8  the motion to dismiss and the accompanying memorandum.

9          Therefore, Petitioner's request should be denied.

10          Dated:  June 25, 2008

11                          Respectfully submitted,

12                          EDMUND G. BROWN JR.
                            Attorney General of the State of California

13                          DANE R. GILLETTE
                            Chief Assistant Attorney General

14
                            GARY W. SCHONS
15                          Senior Assistant Attorney General

                            PAMELA RATNER SOBECK
16                          Supervising Deputy Attorney General

17

18

19

20                          DAVID DELGADO-RUCCI
                            Deputy Attorney General
                            Attorneys for Respondent

21

22  DDR:cp
    80253574.wpd
23  SD2008700277

24

25

26

27

28

**INDEX TO EXHIBITS SUPPORTING OPPOSITION TO PETITIONER'S
REQUEST TO GRANT RELIEF**

| Doc. No. | Description | Page |
|---|---|---|
| 1 | Court stamp | 3 |
| 2 | First page of Petitioner's petition for writ of habeas corpus | 4 |
| 3 | Proof of service for motion to dismiss | 5 |
| 4 | Copy of notice filed by Petitioner indicating his prison address | 6 |

*EXHIBIT 1*

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | DANIEL ROGERS
Deputy Attorney General
5 | DAVID DELGADO-RUCCI, State Bar No. 149090
Deputy Attorney General
6 |  110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone:  (619) 645-2223
Fax:  (619) 645-2191
9 | Email:  David.DelgadoRucci@doj.ca.gov

Date Filed:
SAN DIEGO DOCKETING
MAY 15 2008
No. SD2008700217
BY NOEMI ABUNDEZ

10 | Attorneys for Respondent

11 |                IN THE UNITED STATES DISTRICT COURT

12 |            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13 |

14 | **RAMON IVAN CONTRERAS,**            08-0572 DMS (POR)

15 |                 Petitioner and Appellant,   **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

16 |       **v.**

17 | **A. HEDGPETH, Warden,**             Oral Argument Not Required

18 |                 Respondent and Appellee.

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |                                      Exhibit 1 p. 3

*EXHIBIT 2*

NAME Ramon Ivan Contreras

PRISON NUMBER V-99014

FILED

2008 MAR 26  PM 3:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CURRENT ADDRESS OR PLACE OF CONFINEMENT : Kern Valley State Prison RM

BY_____DEPUTY

CITY, STATE, ZIP CODE : Delano, CA.93216



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Ramon Ivan Contreras
(FULL NAME OF PETITIONER)

PETITIONER

v.

A. Hedgpeth, Warden

(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT

and

The Attorney General of the State of
California, Additional Respondent.

Civil No  '08 CV 0572 DMS POR

(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1.  Name and location of the court that entered the judgment of conviction under attack:
SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF
SAN DIEGO, EAST COUNTY DIVISION

2.  Date of judgment of conviction: September 23,2005

3.  Trial court case number of the judgment of conviction being challenged: SCE 236551

4.  Length of sentence: Life without the possibility of parole

Exhibit 2 p. 4

CIV 68 (Rev. Jan. 2006)

cv

CR

# EXHIBIT 3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Contreras v. Hedgpeth**

No.:   **08-0572 DMS (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 14, 2008, I served the attached [**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266, addressed as follows:

Ramon Ivan Contreras
CDC# V-99014   C-6-129L
North Kern State Prison
P.O. Box 5104
Delano, CA  93216-0567
*Petitioner*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 14, 2008, at San Diego, California.

| | |
|---|---|
| Cathey Pryor | *(signature)* |
| Declarant | Signature |

80238704.wpd

Exhibit 3 p. 5

*EXHIBIT 4*

1 | Ramon I. Contreras #V-99014
Kern Valley State Prison
2 | P.O. Box 5104
Delano, CA 93216
3 |

Det Filed

**FILED**

MAY -6 2008

S02008 700277

BY NORA ZAMACRUZ

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

4 |         UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF CALIFORNIA
5 |

6 | RAMON IVAN CONTRERAS,          )    Civil No. 08-0572 DMS (POR)
                    Petitioner,  )
7 |                               )
                                  )
8 |        v.                     )    NOTICE
                                  )
9 | A. HEDGPETH, Warden,          )
                    Respondent.   )
10 |

11 |     I want to inform the court, that I give my father, Ramon

12 | Contreras Sr., my full consent to send any documents, on my behalf,

13 | to this court and to the Respondent's attorney.

14 |     My father, sent my habeas corpus petition, a memorandum of

15 | points and authorities and its' supporting exhibits, which were

16 | filed by this court on April 4, 2008. It's my understanding, that

17 | any document sent to this court, an original and a copy are requi-

18 | red. However, I sometimes can't get to the law library to make the

19 | necessary copies. Therefore, after I write a document and I can't

20 | make the necessary copies, i'll be sending it to my father, so

21 | he could make the copies and send it to this court on my behalf.

22 | Whenever, my father sends a document on my behalf, on the envelope

23 | he will write the address of the prison i'm incarcerated at as the

24 | return address. The court will know when my father is the one send-

25 | ing a document on my behalf because of the proof of service he

                                        Exhibit 4 p. 6
26 | will be attaching to the document.

27 |     DATE: April 20, 2008                 Respectfully submitted,

28 |                                          Ramon Contreras
                                             Ramon I. Contreras
                                             In Pro se

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Contreras v. Hedgpeth**

No.:    **08-0572 DMS (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>June 17, 2008</u>, I served the attached [**OPPOSITION TO PETITIONER'S REQUEST TO GRANT RELIEF BASED ON CLAIM OF FAILING TO COMPLY WITH COURT'S DEADLINES**] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266, addressed as follows:

Ramon Ivan Contreras
V-99014
Kern Valley State Prison
PO Box 5104
Delano, CA 93216

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 17, 2008, at San Diego, California.

| Cathey Pryor | |
| --- | --- |
| Declarant | Signature |