Ramon I. Contreras #V-99014
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216

FILED
2008 JUN 26 AM 8:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
JUN 19 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Ramon I. Contreras,           )
          Petitioner,         )   Civil No. 08-0572 DMS (POR)
                              )
     v.                       )   REQUEST TO HAVE MY HABEAS CORPUS PETITION
                              )   GRANTED DUE TO RESPONDENT'S FAILURE TO
A. Hedgpeth, Warden,          )   COMPLY WITH COURT ISSUED DEADLINES
          Respondent.         )

   On March 25, 2008, a habeas corpus petition along with a separate memorandum in support of my petition, and supporting exhibits were sent to this court. On April 9, 2008, I received some documents from this court, notifying me that my petition was filed on April 4, 2008 and given Civil No. 08-0572 DMS (POR). In those documents it had the due dates the Respondent and I had to comply by. If the Respondent wanted to move to dismiss my petition, he had to file a motion to dismiss by May 19, 2008. If Respondent didn't file such a motion, the Answer was due June 2, 2008.

   It's now June 13, 2008, and I haven't received the ANSWER or a notice that the Respondent filed a request for an extension of time. Therefore, I respectfully asks the court to grant my petition.

Date: June 13, 2008

Respectfully submitted,

Ramon Contreras
   In Pro se

## PROOF OF SERVICE

I, Ramon I. Contreras, declare: I am over 18 years of age and a party to this action. I am currently incarcerated at Kern Valley State Prison. My address is P.O. Box 5102, Delano, California 93216.

On June 13, 2008, I served the attached: REQUEST TO HAVE MY HABEAS CORPUS PETITION GRANTED DUE TO RESPONDENT'S FAILURE TO COMPLY WITH COURT ISSUED DEADLINES, on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institutuion in which I am presently confined. The envelopes were addressed as follows:

| | |
|---|---|
| U.S. District Court<br>Southern District of California<br>880 Front Street, Ste.4290<br>San Diego, CA 92101-8900 | California Attorney General<br>San Diego Office<br>110 West A Street, Ste.1100<br>San Diego, CA 92101 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: 6/13/08

(DECLARANT'S SIGNATURE)