Ramon I. Contreras #V-99014
Kern Valley State Prison
P.O. Box 5102
Delano,CA. 93216



**FILED**

JUL 1 2008

CLERK, U.S. DISTRICT CO...
SOUTHERN DISTRICT OF CALI...
BY _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RAMON IVAN CONTRERAS, )
                    Petitioner, )    Civil No.08-0572 DMS (POR)
                                  )
        V.                        )    NOTIFICATION OF ADDRESS CHANGE
                                  )
 .A. HEDGPETH, Warden,            )
                    Respondent.   )

Yesterday, June 23,2008, I received the NOTICE OF LODGMENT from the Attorney General's office in San Diego,CA. That is the third document I have received regarding my appeal I have pending in this court. However, the documents are being sent to Kern Valley State Prison, P.O. Box 6000. On April 9,2008, I received two sets of documents from this court, one of them was titled "NOTICE REGARDING POSSIBLE FAILURE TO EXHAUST AND ONE YEAR STATUTE OF LIMITATIONS" the other was titled "ORDER REQUIRING RESPONSE TO PETITION (28 U.S.C.§2254)." Both of those documents were sent to Kern Valley State Prison, P.O. Box 6000. When my petition, my memorandum in support of the petition, and supporting exhibits were sent to this court, the return address on the envelope was Kern Valley State Prison, P.O. Box 5104, the same address was also located on the top left corner of the first page of the SEPARATE MEMORANDUM. However, since I received both of the documents within five days of the date they were sent to me, I was under the impression that this court used P.O. Box 6000 to send legal mail to this prison.

I was recently moved from facility D-yard, which uses P.O. Box 5104, to facility B-yard, which uses P.O. Box 5102. The reason I didn't send this notification sooner is, because the mail was being sent to P.O. Box 6000 and I

1   was still receiving it. However, since the Attorney General's office sent the

2   NOTICE OF LODGMENT to P.O. Box 6000, today, June 24,2008, I asked a correctional

3   officer, if he had heard of P.O. Box 6000 being used for legal mail. He informed

4   me that P.O. Box 6000 is the P.O. Box for the prison across the street, which

5   is North Kern State Prison. Therefore, I am informing the court that my prison

6   address is Kern Valley State Prison, P.O. Box 5102, Delano, California 93216. I

7   would also like to inform the court that I haven't received the ANSWER from the

8   Respondent, and it's my understanding that the NOTICE OF LODGMENT comes attach-

9   ed to the ANSWER.

10

11      DATE: June 24,2008                        Respectfully submitted,

12                                                *Ramon Contreras*

13                                                Ramon Contreras
                                                  In Pro se

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, Ramon I. Contreras, declare: I am over 18 years of age and a party to this action. I am currently incarcerated at Kern Valley State Prison. My address is P.O. Box 5102, Delano, California 93216.

On June 25, 2008, I served the attached: NOTIFICATION OF ADDRESS CHANGE, on the parties herein by placing copies thereof, enclosed in sealed envelopes, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelopes were addressed as follows:

U.S. District Court
Southern District of California
880 Front Street, Ste. 4290
San Diego, CA 92101-8900

Office of the Attorney General
110 West A Street, Ste. 1100
P.O. Box 85266
San Diego, CA 92186-5266

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: 6/25/08

Ramon I. Contreras
(DECLARANT'S SIGNATURE)