**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON IVAN CONTRERAS,<br><br>    Petitioner,<br><br>v.<br><br>A. HEDGPETH, Warden,<br><br>    Respondent. | Civil No.   08-0572 DMS (POR)<br><br>**ORDER DENYING PETITIONER'S REQUEST TO GRANT PETITION FOR LACK OF A RESPONSE AND ORDERING THAT RESPONDENT SERVE THE MOTION TO DISMISS ON PETITIONER AGAIN** |

Petitioner is a state prisoner proceeding *pro se* on a petitioner for writ of habeas corpus. On April 4, 2008, this Court issued an Order requiring a response to the petition. Respondent was ordered to either file a motion to dismiss the petition by May 19, 2008 or an opposition to the petition by June 2, 2008. (Dkt. No. 3.) Respondent filed a motion to dismiss the petition on May 14, 2008. (Dkt. No. 5.)

On June 19, 2008, the Court received a request from Petitioner, to have his petition granted due to Respondent's failure to comply with the Court's order. (Dkt. No. 10.) The request states that as of June 13, 2008, Petitioner had not received a response to the Petition.

On June 25, 2008, Respondent opposed Petitioner's request. (Dkt. No. 8.) Attached to Respondent's opposition are a copy of the memorandum of points and authorities filed in support of Respondent's motion to dismiss, as well as a proof of service for the memorandum. The proof of service indicates that the memorandum in support of the motion to dismiss was mailed to Petitioner at North Kern State Prison on May 14, 2008. (Dkt. No. 8 at 9.)

The Court's own records indicate that notice of the filing of Defendant's motion was mailed to Petitioner, at Kern Valley State Prison, by the Clerk of Court at the time that Respondent filed the motion to dismiss. The address used by the Clerk of Court differs from the address used by Respondent. Neither address matches precisely the address which Petitioner has affixed to his current request. (Dkt. No. 10 at 1.)

IT IS HEREBY ORDERED:

1. Petitioner's request to have his petition granted due to Respondent's failure to comply with the Court's order is DENIED. Respondent filed a motion to dismiss the petition in advance of the deadline set by this Court's prior order.

2. Respondent shall again serve a copy of the memorandum of points and authorities filed in support of the motion to dismiss. Respondent shall serve the copy via mail, addressed to: Ramon Ivan Contreras, #V-99014, Kern Valley State Prison, P.O. Box 5102, Delano, CA 93216.

3. Petitioner shall file his opposition, if any, to Respondent's motion to dismiss no later than **August 1, 2008**. At the time the opposition is filed, Petitioner shall lodge with the Court any records not lodged by Respondent which Petitioner believes may be relevant to the Court's determination of the motion.

IT IS SO ORDERED.

DATED: July 4, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     the Honorable Dana M. Sabraw
        all parties