

FILED

JUL - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

1   Ramon I. Contreras #V-99014
  Kern valley State Prison
2   P.O. Box 5102
  Delano,CA 93216

3

4            **UNITED STATES DISTRICT COURT**
           **SOUTHERN DISTRICT OF CALIFORNIA**

5

6   RAMON IVAN CONTRERAS,     )
              Petitioner,   )   Civil No.08-0572 DMS (POR)
7                      )
                     )   **REQUEST TO HAVE A NEW DUE DATE**
8          V.             )   **TO FILE A RESPONSE TO RESPONDENT'S**
                     )   **MOTION TO DISMISS MY PETITION**
9   A. HEDGPETH, Warden,     )
              Respondent.   )
10

11      I had to file my response to Respondent's motion to dismiss my petition by

12 June 18,2008, however I never received the motion to dismiss my petition. Today,

13 June 30,2008, I received some web pages from my father where it shows that the

14 Respondent filed a motion to dismiss my petition on May 14,2008.(See copies of

15 web pages.) On that website my father also found a copy of the motion to dis-

16 miss the Respondent filed, and copies of the DECLARATION'S OF SERVICE BY U.S.

17 MAIL sent with the documents.(See copies of the DECLARATION'S.) As the court

18 can see, the Attorney General's office in San Diego sent the motion to dismiss

19 and its' memorandum in support of the motion to another prison (NORTH KERN

20 STATE PRISON) and that's why I never received it. I was never at NORTH KERN

21 STATE PRISON and I never put the name of that prison on any of the documents I

22 have sent to this court. I find it odd that the only document(NOTICE OF LODGMENT)

23 I have received from the Attorney General's office was sent to the prison i'm

24 at (KERN VALLEY STATE PRISON). However, on the website my father found the same

25 DECLARATION OF SERVICE BY U.S. MAIL pertaining to the NOTICE OF LODGMENT add-

26 ressed to NORTH KERN STATE PRISON.(See both DECLARATION'S.)

27      Furthermore, on June 13,2008, I sent a document to this court titled

28 REQUEST TO HAVE MY HABEAS CORPUS PETITION GRANTED DUE TO RESPONDENT'S FAILURE

1 TO COMPLY WITH COURT ISSUED DEADLINES. (~~copy of Certificate and proof of Service~~

2 ~~Attached~~ In that document I state that I hadn't received anything from the Res-

3 pondent; the document also had the address of the prison i'm at. Since, I sent

4 a copy of that document to the Attorney General's office, they were notified

5 that I hadn't received any documents from their office, and they should've real-

6 ized that the reason I hadn't received the motion to dismiss my petition was,

7 because it was sent to the wrong prison. Therefore, I Respectfully request that

8 this court give me a new due date to file a response to Respondent's motion

9 to dismiss my petition. However, I hope the court finds it unnecessary and

10 simply denies the Respondent's motion to dismiss my petition.

11

12    DATE: June 30,2008                        Respectfully submitted,

13                                              *Ramon Contreras*
                                               Ramon Contreras

14                                                In Pro se

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**3:08-cv-00572-DMS-POR** Contreras v. Hedgpeth
Dana M. Sabraw, presiding
Louisa S Porter, referral
**Date filed:** 03/26/2008
**Date of last filing:** 06/17/2008

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed:* | 03/26/2008 | Petition for Writ of Habeas Corpus |
| | *Entered:* | 03/27/2008 | |
| 2 | *Filed & Entered:* | 04/04/2008 | Notice Re Possible Failure to Exhaust |
| 3 | *Filed & Entered:* | 04/04/2008 | Order Setting Briefing Schedule - Habeas Corpus |
| 4 | *Filed:* | 05/06/2008 | Notice (Other) |
| | *Entered:* | 05/07/2008 | |
| 5 | *Filed & Entered:* | 05/14/2008 | Motion to Dismiss |
| 6 | *Filed & Entered:* | 06/17/2008 | Notice (Other) |
| 7 | *Filed & Entered:* | 06/17/2008 | Certificate of Service |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/21/2008 15:29:19 | | |
| **PACER Login:** | ~~xxxxxx~~ | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 3:08-cv-00572-DMS-POR |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**3:08-cv-00572-DMS-POR** Contreras v. Hedgpeth
Dana M. Sabraw, presiding
Louisa S Porter, referral
**Date filed:** 03/26/2008
**Date of last filing:** 06/17/2008

# Case Summary

**Office:** San Diego
**Jury Demand:** None

**Nature of Suit:** 530

**Jurisdiction:** Federal
Question
**County:** Kern
**Origin:** 1
**Lead Case:**
**Related Case:**

**Def Custody Status:**
**Flag:** HABEAS

**Filed:** 03/26/2008
**Demand:**
**Cause:** 28:2254 Petition for Writ of Habeas
Corpus (State)

**Disposition:**

**Terminated:**
**Reopened:**
None
None

**Other Court Case:**
None

**Petitioner:** Ramon Ivan
Contreras

| **Respondent:** A. Hedgpeth | **represented by** | Attorney General | **Phone:**(619)645-2076 <br> **Fax:**  (619)645-2313 <br> **Email:** docketingsdawt@doj.ca.gov |
| **Respondent:** A. Hedgpeth | **represented by** | David Delgado-Rucci | **Phone:**(619)645-2208 <br> **Fax:**  (619)645-2313 <br> **Email:** David.Delgadorucci@doj.ca.gov |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/21/2008 15:18:02 | | |
| **PACER Login:** | ~~▓▓▓▓▓~~ | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 3:08-cv-00572-DMS-POR |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Contreras v. Hedgpeth**

No.:   **08-0572 DMS (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 14, 2008, I served the attached [**NOTICE OF MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Ramon Ivan Contreras
CDC# V-99014  C-6-129L
North Kern State Prison
P.O. Box 5104
Delano, CA  93216-0567
*Petitioner*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 14, 2008, at San Diego, California.

_____          _____
Cathey Pryor                              *Signature*
Declarant

80238702.wpd

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Contreras v. Hedgpeth**

No.:   **08-0572 DMS (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 14, 2008</u>, I served the attached [**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266, addressed as follows:

Ramon Ivan Contreras
CDC# V-99014   C-6-129L
North Kern State Prison
P.O. Box 5104
Delano, CA  93216-0567
*Petitioner*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 14, 2008, at San Diego, California.

| Cathey Pryor | *[signature]* |
| --- | --- |
| Declarant | Signature |

80238704.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Contreras v. Hedgpeth**

No.:   **08-0572 DMS (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 17, 2008, I served the attached [**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE-TO BE SENT TO CLERK'S OFFICE**] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Ramon Ivan Contreras
V-99014
Kern Valley State Prison
PO Box 6000
Delano, CA 93216

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 17, 2008, at San Diego, California.

| Cathey Pryor | | Cathey pryor |
|---|---|---|
| Declarant | | Signature |

80250826.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Contreras v. Hedgpeth**

No.:   **08-0572 DMS (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>June 17, 2008</u>, I served the attached [**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE-TO BE SENT TO CLERK'S OFFICE**] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Ramon Ivan Contreras
CDC# V-99014
North Kern State Prison
P.O. Box 5104
C-6-129L
Delano, CA 93216-0567

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 17, 2008, at San Diego, California.

|  |  |
|---|---|
| Cathey Pryor | *Cathey Pryor* |
| Declarant | Signature |

80250826.wpd

**PROOF OF SERVICE**

I, Ramon I. Contreras, declare: I am over 18 years of age and a party to this action. I am currently incarcerated at Kern Valley State Prison. My prison address is KERN VALLEY STATE PRISON, P.O. BOX 5102, DELANO, CALIFORNIA 93216.

On July 1,2008, I served the attached: REQUEST TO HAVE A NEW DUE DATE TO FILE A RESPONSE TO RESPONDENT'S MOTION TO DISMISS MY PETITION, on the parties herein by placing true and correct copies thereof, enclosed in sealed envelopes, with postage thereon fully paid, and handing them to a correctional officer to place them in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelopes were addressed as follows:

| | |
|---|---|
| U.S. District Court<br>Southern District of California<br>880 Front Street, Ste.4290<br>San Diego,CA 92101-8900 | Office of the Attorney General<br>110 West A Street, Ste.1100<br>P.O. Box 85266<br>San Diego,CA 92186-5266 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: July 1,2008

(DECLARANT'S SIGNATURE)