# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON IVAN CONTRERAS,<br><br>                Petitioner,<br><br>v.<br><br>A. HEDGPETH, Warden,<br><br>                Respondent. | Civil No.  08-0572 DMS (POR)<br><br>**ORDER DENYING AS MOOT PETITIONER'S REQUEST FOR A NEW RESPONSE DATE** |

Petitioner is a state prisoner proceeding *pro se* on a petition for writ of habeas corpus. On July 7, 2008, Petitioner brought a motion requesting a new date by which to file a response to Respondent's motion to dismiss. On June 19, 2008, the Court received a request from Petitioner which indicated that he had not received a copy of Respondent's previously-filed motion to dismiss the petition. Respondent's motion had been served upon the wrong prison facility, and on July 7, 2008, the Court ordered that Respondent serve the motion to the correct address. (Dkt. No. 12.) By the same order, Petitioner is required to file his opposition to Respondent's motion to dismiss no later than **August 1, 2008**. That new date having been issued, Petitioner's request - filed on the same date - is hereby DENIED AS MOOT.

    IT IS SO ORDERED.

DATED: July 14, 2008

                                                  *Louisa Porter*
                                                  LOUISA S PORTER
                                                  United States Magistrate Judge