**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON IVAN CONTRERAS,<br><br>                                          Petitioner,<br><br>          v.<br><br>MATTHEW CATE, Secretary,<br><br>                                          Respondents. | Civil No.    08-0572 DMS (POR)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

On March 26, 2008, Petitioner filed a Petition for Writ of Habeas Corpus in this Court. Based on the notice of change of address Petitioner submitted to the Court on July 1, 2008, and in order to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "A. Hedgpeth." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions). The Clerk of the Court shall modify the docket to reflect "Matthew Cate, Secretary" as respondent in place of "A. Hedgpeth."

**IT IS SO ORDERED.**

DATED: July 15, 2008

_____
LOUISA S PORTER
United States Magistrate Judge