

Ramon I. Contreras #V-99014
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RAMON IVAN CONTRERAS,
  Petitioner,

v.

A. HEDGPETH, Warden,
  Respondent.

Civil No. 08-0572 DMS (POR)

OPPOSITION TO RESPONDENT'S MOTION TO DISMISS MY PETITION FOR WRIT OF HABEAS CORPUS

Respondent moved to dismiss my Petition for Writ of Habeas Corpus, because he argues that two of my sub-claims under my ineffective assistance of trial counsel claim are unexhausted. However, I ask this Court to deny Respondent's motion based on the following arguments contained in this opposition.

The first sub-claim is regarding a document and an example pertaining to that document. In my memorandum in support of my Petition for Writ of Habeas Corpus, I inform the Court that I didn't present it to the state courts. I also inform the Court why I wasn't able to present it to the state courts. The document titled "Benefits For Maria Soto" was found in my client file by my father. However, my father had been trying to contact my trial attorney since May of 2006, so he could get my client file from counsel, and be able to look for any documents that could help me in my appeal. My father had a difficult time in contacting counsel, and it wasn't until April of 2007, that my father was able to speak with him. At that point, counsel informed my father that I had to write him a letter giving him authorization to send my client file to my father. (Which I did on April 19, 2007, and I sent a copy of it as one of my supporting exhibits for my habeas corpus petition.) By the time my father received my client file, I already had presented my ineffective assistance of trial counsel

1  claim to the state courts.( My client file consisted of four computer discs and
2  while looking through one of those discs my father found the document "Benefits
3  For Maria Soto".)
4      As the Court can see, the reason I didn't present the document and its'
5  example, that counsel failed to adequately prepare himself for cross-examina-
6  tion is, because I had absolutely no idea the document existed while I was in
7  the state courts, therefore, I ask the court not to hold me accountable for not
8  presenting it to the state courts. Furthermore, the actual sub-claim that coun-
9  sel failed to prepare in order to adequately cross examine the witnesses, was
10 presented to the state courts, and it pertained to Maria Soto.
11     The second sub-claim, is regarding letters I didn't present to the state
12 courts.In my memorandum in support of my petition, I explain why I wasn't able
13 to present them to the state courts. I didn't present the letters to the state
14 courts, because I didn't get the letters back in my possession until after I
15 had already sent my petition to the California Supreme Court. The reason it
16 took so long for me to get the letters back in my possession was, because my
17 co-defendants attorney, Mr.White, had the letters in his possession for about
18 two years. Since, the date of my sentencing (9-23-05) my father had been trying
19 to obtain the letters from Mr.White. Mr.White told my father that he was going
20 to send the letters to him, but he never did. My father continued trying to
21 contact, Mr.White, but he couldn't get a hold of him. I wrote, Mr.White a let-
22 ter, February 23,2006, asking for the letters, but Mr.White never responded.
23 ( I sent a copy of the letter as one of supporting exhibits for my petition.)
24 It wasn't until October of 2006, that my father was able to speak to, Mr.White.
25 However, Mr.White informed my father that he would have to send him a check for
26 one-hundred dollars, so he could return the letters. After, my father sent the
27 check, it took about a month and a half for, Mr.White, to contact my father and
28 notifiy him that he could go pick up the letters at his office.

1     Had, Mr.White, not kept the letters in his possession for about two years,
2 I would've presented them to the state courts. Furthermore, on pg.16 of Respon-
3 dent's memorandum in support of the Motion to Dismiss, Respondent states, "Peti-
4 tioner has never presented parts of his sub-claims to the state courts." However,
5 Respondent is wrong, because on the habeas corpus petition presented to the
6 California Supreme Court (No.S149263) from line 18 on pg.7 to line 9 on pg.9, I
7 mention the letters and inform the court that the reason I couldn't provide the
8 letters is, because my co-defendants attorney hadn't returned them.
9     Eventhough I didn't present these documents to the state courts, I was dili-
10 gent in trying to obtain them, so I could present them to the state courts. How-
11 ever, because of the foregoing I was unable to do so. Therefore, I respectfully
12 request that this Court deny Respondent's Motion to Dismiss my Petition for
13 Writ of Habeas Corpus.

Date: July 18, 2008                                Respectfully submitted,

                                                                 Ramon Contreras
                                                                 In Pro se

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Contreras v. Hedgpeth**

No. 08-0572 DMS (POR)

I, Ramon Contreras Sr., Declare: I am the father of the petitioner, i'm over 18 years of age, and not a party to this action. I am currently residing at: 1221 Oro Street Apt.#10, El Cajon, CA 92021.

On July 24, 2008, I served the attached [OPPOSITION TO RESPONDENT'S MOTION TO DISMISS MY PETITION FOR WRIT OF HABEAS CORPUS] by going to a United States Post Office located at: 867 N. Second Street, El Cajon, CA 92021, and placing true and correct copies thereof, enclosed in sealed envelopes with postage thereon fully paid, and depositing them in a deposit box provided at the above-named post office. The envelopes were addressed as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CA 92101-8900

OFFICE OF THE ATTORNEY GENERAL
110 WEST A STREET, SUITE 1100
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 24, 2008.

Ramon Contreras
(Declarant)

_Ramon Contreras_
(Signature)