# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON IVAN CONTRERAS,<br><br>                                 Petitioner,<br>  vs.<br><br>MATTHEW CATE,<br><br>                                 Respondent. | CASE NO. 08cv0572 DMS (POR)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |

On March 26, 2008, Petitioner Ramon Ivan Contreras ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner asserts three claims for relief: (1) he was denied his right to effective assistance of counsel, (2) the admission of gang related evidence denied him due process, and (3) there was insufficient evidence to sustain the gang related enhancements.

On April 2, 2010, Magistrate Judge Peter C. Lewis issued a Report and Recommendation ("R&R"), recommending that the Court deny the Petition. This Court, having reviewed *de novo* the Magistrate Judge's R&R, and Petitioner's objections thereto, adopts the Magistrate Judge's recommendation in full and **DENIES** the petition for a writ of habeas corpus. The Clerk of Court shall enter judgment accordingly, and terminate this case.

**IT IS SO ORDERED**.

DATED: June 15, 2010

HON. DANA M. SABRAW
United States District Judge