# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Ramon Ivan Contreras

                V.                            **JUDGMENT IN A CIVIL CASE**

Matthew Cate

                                      **CASE NUMBER:**    08cv0572-DMS (POR)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Magistrate Judge's recommendation in full and Denies the petition for Writ of Habeas Corpus.

| June 16, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                      s/L Odierno
                                                      (By) Deputy Clerk

                                                      ENTERED ON June 16, 2010